**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Exavi Yoalmo PORTILLO–LIZAMA,
Defendant–Appellant.**

No. 15–40183
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2015.

Renata Ann Gowie, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Margaret Christina Ling, H. Michael Sokolow, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, JONES and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Exavi Yoalmo Portillo–Lizama has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Portillo–Lizama has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with coun-

sel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Judith Lee WILLIAMS, Defendant–Appellant.**

No. 15–40426
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2015.

Tracey M. Batson, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Phillip Linder, Esq., Barrett Bright Lassiter Linder, Dallas, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Judith Lee Williams appeals her guilty plea conviction for conspiracy to produce child pornography and production of child pornography. Williams argues that her guilty plea and the waiver of her appellate rights were not knowing and voluntary. The Government moves to summarily dismiss the appeal as barred by the appeal waiver or, in the alternative, moves for an extension of time to file a brief.

We reject the Government's request for summary dismissal because the issue requires individualized consideration of the facts of Williams's case. *United States v. Holy Land Found. for Relief & Dev.*, 445 F.3d 771, 781 (5th Cir.2006); *see also United States v. Taylor*, 631 F.2d 419, 420 n. 1 (5th Cir.1980). Williams's claim survives the waiver because this court will not enforce an appeal waiver unless the guilty plea was informed and voluntary. *See United States v. Dees*, 125 F.3d 261, 269 (5th Cir.1997). Nevertheless, the signed plea agreement and rearraignment transcript show that Williams freely and knowingly pleaded guilty and waived her appellate rights. *See United States v. Portillo*, 18 F.3d 290, 292 (5th Cir.1994); *United States v. Guerra*, 94 F.3d 989, 995 (5th Cir.1996). Accordingly, the judgment of the district court is AFFIRMED. The Government's motion for summary dismissal is DENIED. The alternative mo-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

tion for an extension of time to file a brief is DENIED as unnecessary.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.